UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DANIEL ANDRADE, SR. and ELIZABETH M. ANDRADE, individually and as the representative of a class of similarly-situated persons, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:18-CV-00019 LY |
| COMPASS BANK D/B/A BBVA COMPASS, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the parties' joint stipulation of dismissal with prejudice, the court ORDERS all claims Daniel Andrade, Sr. and Elizabeth M. Andrade, individually and as the representative of a class of similarly-situated persons, asserted or could have asserted against Compass Bank d/b/a BBVA Compass are dismissed with prejudice. The court further ORDERS all attorneys' fees, expenses, and court costs are borne by the party incurring the same.

All relief not expressly granted in this order is hereby denied. This order disposes of all claims against all parties and is a final judgment for all purposes including appeal.

Signed this 30th day of May, 2018.

UNITED STATES DISTRICT COURT JUDGE
LEE YEAKEL