IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
18 MAY 30  PM 3:30
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

| | |
|---|---|
| DANIEL ANDRADE, SR. AND ELIZABETH M. ANDRADE, INDIVIDUALLY AND AS THE REPRESENTATIVE OF A CLASS OF SIMILARLY-SITUATED PERSONS,<br>PLAINTIFFS,<br><br>V.<br><br>COMPASS BANK D/B/A BBVA COMPASS,<br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§  CAUSE NO. A-18-CV-019-LY<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the court is the above entitled cause. On May 29, 2018, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. #35), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _30th_ day of May, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE